UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**United Transportation Union and
Rick L. Chapman**

  Plaintiffs,

v.              Civil Action No. 5:07-CV-0682

**Gary L. Perdue, B.R. Martin,
Lawrence Washington, City of Montgomery,
Kanawha County Sheriff's Department and
County Commission of Kanawha County**

  Defendants.

## MOTION TO EXCEED PAGE LIMIT

NOW COMES the Defendant, Gary L. Perdue, by counsel, John R. Fowler and Anna B. Williams, appearing specially, and moves this Honorable Court for an Order permitting the Defendant to exceed the twenty (20) page page limit as prescribed by Local Rule of Civil Procedure 7.1 in his Memorandum of Law in Support of his Motion to Dismiss. The issues raised in Plaintiff's Complaint are complex and numerous and required extensive briefing.

WHEREFORE, based on the foregoing, the Defendant, Gary L. Perdue, respectfully requests that this Court enter an Order permitting the Defendant to exceed the twenty (20) page page limit prescribed by Local Rule of Civil Procedure 7.1 for memoranda supporting dispositive motions.

              /s/ Anna B. Williams
              John R. Fowler, Esquire (WVSB 1255)
              Anna B. Williams, Esquire (WVSB 10041)

**JOHN R. FOWLER, PLLC**
Suite 1190 United Center
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 343-7721
Facsimile: (304) 343-7233
*Counsel for Officer Gary L. Perdue*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

United Transportation Union and
Rick L. Chapman,

      Plaintiffs,

v.                              Civil Action No. 5:07-CV-0682

Gary L. Perdue, B.R. Martin,
Lawrence Washington, City of Montgomery,
Kanawha County Sheriff's Department and
County Commission of Kanawha County,

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for the defendant hereby certifies that on this 20th day of December, 2007, I electronically filed the foregoing **Motion to Exceed Page Limit** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed CM/ECF participants.

James A. McKowen, Esq.
James F. Humphreys & Associates, L.C.
500 Virginia Street, East, Suite 800
Charleston, WV 25301
*Counsel for Plaintiff*

Lawrence M. Mann, Esq.
ALPER & MANN, P.C.
9205 Redwood Avenue
Bethesda, MD 20817
*Co-Counsel for Plaintiff*

David F. Nelson, Esq
Schumacher, Francis & Nelson
P.O. Box 3029
Charleston, WV 25331-3029
*Counsel for City of Montgomery*

Duane J. Ruggier, II, Esq
Pullins, Fowler & Flanagan, PLLC
901 Quarrier Street
Charleston, WV 25301
***Counsel for Kanawha Co. Sheriff's Department
and Kanawha County Commission***

/s/ Anna B. Williams
John R. Fowler, Esq. (WVSB #1255)
Anna B. Williams, Esq. (WVSB #10041)
***Counsel for Gary L. Perdue***

John R. Fowler, PLLC
Suite 1190 United Center
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 343-7721
Fax: (304) 343-7233
E-mail: mmarkins@johnrfowler.com