UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

United Transportation Union and
Rick L. Chapman

    Plaintiffs,

v.                                        Civil Action No. 5:07-CV-0682

Gary L. Perdue, B.R. Martin,
Lawrence Washington, City of Montgomery,
Kanawha County Sheriff's Department and
County Commission of Kanawha County

    Defendants.

### DEFENDANT, GARY L. PERDUE'S, MOTION TO DISMISS

NOW COMES the Defendant, Gary L. Perdue, by counsel John R. Fowler and Anna B. Williams, John R. Fowler, PLLC, appearing specially, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves this Honorable Court for an Order dismissing the Plaintiffs' claims as to Officer Gary L. Perdue as Plaintiffs' claims fail to state a claim upon which relief can be granted. The Defendant respectfully directs this Court's attention to the Memorandum of Law filed herewith.

                                                      /s/ Anna B. Williams
                                                      John R. Fowler, Esquire (WVSB 1255)
                                                      Anna B. Williams, Esquire (WVSB 10041)

**JOHN R. FOWLER, PLLC**
Suite 1190 United Center
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 343-7721
Facsimile: (304) 343-7233
*Counsel for Officer Gary L. Perdue*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**United Transportation Union and**
**Rick L. Chapman,**

       Plaintiffs,

v.                                        Civil Action No. 5:07-CV-0682

**Gary L. Perdue, B.R. Martin,**
**Lawrence Washington, City of Montgomery,**
**Kanawha County Sheriff's Department and**
**County Commission of Kanawha County,**

       Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for the defendant hereby certifies that on this 20th day of December, 2007, I electronically filed the foregoing **Defendant, Gary L. Perdue's Motion to Dismiss** and **Memorandum of Law in Support of Defendant, Gary L. Perdue's Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed CM/ECF participants.

James A. McKowen, Esq.
James F. Humphreys & Associates, L.C.
500 Virginia Street, East, Suite 800
Charleston, WV 25301
*Counsel for Plaintiff*

Lawrence M. Mann, Esq.
ALPER & MANN, P.C.
9205 Redwood Avenue
Bethesda, MD 20817
*Co-Counsel for Plaintiff*

David F. Nelson, Esq
Schumacher, Francis & Nelson
P.O. Box 3029
Charleston, WV 25331-3029
*Counsel for City of Montgomery*

Duane J. Ruggier, II, Esq
Pullins, Fowler & Flanagan, PLLC
901 Quarrier Street
Charleston, WV 25301
***Counsel for Kanawha Co. Sheriff's Department
and Kanawha County Commission***

/s/ Anna B. Williams
John R. Fowler, Esq. (WVSB #1255)
Anna B. Williams, Esq. (WVSB #10041)
***Counsel for Gary L. Perdue***

John R. Fowler, PLLC
Suite 1190 United Center
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 343-7721
Fax: (304) 343-7233
E-mail: mmarkins@johnrfowler.com