UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **United Transportation Union, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| | ) Civil Action No. 5:07-CV-0682 |
| **v.** | ) |
| | ) |
| **Gary L. Perdue, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO EXCEED PAGE LIMIT

The Plaintiffs herein move this Honorable Court for an Order allowing the Plaintiffs to exceed the twenty (20) page limit in their opposition to the Defendants' motions to dismiss. The points opposing the motions are just as complex and numerous as those issues raised by the Defendant Perdue who filed a motion to exceed page limit.

WHEREFORE, the Plaintiffs respectfully request the court to enter an Order permitting the Plaintiffs to file an opposition to the motions to dismiss not to exceed 25 pages.

Respectfully submitted,

Lawrence M. Mann
ALPER & MANN, P.C.
9205 Redwood Avenue
Bethesda, Maryland 20817
(202) 298-9191
lm.mann@verizon.net

s/ James A. McKowen
JAMES F. HUMPHREYS & ASSOCIATES, L.C.
500 Virginia Street East
Charleston, WV 25301
(304) 347-5050
jmckowen@jfhumphreys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, a copy of the aforesaid Motion To Exceed Page Limit was served by electronic mail to:

Anna B. Williams
John R. Fowler
Suite 1190, United Center
500 Virginia Street East
Charleston, WV 25301-2156
 mmarkins@johnfowler.com
Attorneys for Gary L. Perdue

David F. Nelson
P.O. Box 3029
Charleston, WV 25331
dnelson@fnblaw.com
Attorney for Lawrence Washington and City of Montgomery

Duane Ruggier, II
901 Quarrier Street
Charleston, WV 25301
Attorney for Kanawha County Sheriff's Dept and
          Kanawha County Commission

> s/James A. McKowen
> James A. McKowen (WVSB#2481)
> Counsel for Plaintiffs
> 500 Virginia Street, East – Suite 800\
> Charleston, WV   25301
> Telephone:  (304) 347-5050
> Fax:  (304) 347-5055
> E-Mail:  jmckowen@jfhumphreys.com